**Order entered October 1, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-14-00909-CV

**MOVIE POSTER HOUSE, INC., Appellant**

**V.**

**HERITAGE AUCTIONS, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15479**

## ORDER

Before the Court is the motion of appellee, Heritage Auctions, Inc. to dismiss the appeal for lack of jurisdiction. In its motion, Heritage Auctions argues that the order granting partial summary judgment regarding the claims between Movie Poster House and Heritage Auctions is not a final judgment because claims remain pending in the case by Heritage Auctions against William Hughes and Sharon Leyva. Appellant responded to the motion to dismiss by obtaining an order from the trial court severing the claims filed by Movie Poster House against Heritage Auctions from the remainder of the case and assigning a new cause number, DC-14-11040, to those claims. Accordingly, we **DENY** the motion to dismiss as moot.

Because the notice of appeal filed in this cause related only to the claims between Movie Poster House and Heritage Auctions, we **ORDER** the Clerk to administratively close this appeal and assign a new appellate cause number to the appeal arising from the severed case, DC-14-11040. We **DIRECT** the clerk to transfer all documents previously filed in this cause to the newly assigned appellate cause number. The notice of appeal originally filed by Movie Poster House with regard to DC-09-15479 shall be treated as timely filed with respect to DC-14-11040 for jurisdictional purposes. All existing appellate deadlines shall remain in place.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE